# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEN'S FOODS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEN'S STEAK HOUSE, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 01-CV-11878-NG |

### PLAINTIFF'S ASSENTED -TO REQUEST FOR LEAVE
### TO FILE REPLY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE
### THE EXPERT TESTIMONY OF ALEX SIMONSON

Plaintiff, Ken's Foods, Inc., hereby requests leave to file the accompanying reply memorandum in support of its motion for an order *in limine* excluding the survey and testimony of Alex Simonson, an expert witness proffered by defendant, Ken's Steak house, Inc..

### CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

The parties have met and conferred on whether defendant assents to this motion for leave. Defendant has assented.

Respectfully submitted,

**KEN'S FOODS, INC.**

Date: January 31, 2005
/s/ Jospeh Messina
Paul J. Hayes (BBO # 227000)
Joseph P. Messina (BBO # 559328)
Dean G. Bostock (BBO # 549747)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

Howard J. Susser (BBO # 636183)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

*Attorneys for Plaintiff*

LIT 1318934v1