UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

KEN'S FOODS, INC.,                          )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        Civil Action No. 01-CV-11878-NG
                                            )
KEN'S STEAK HOUSE, INC.,                    )
                                            )
            Defendant.                      )
_____)

## KEN'S STEAK HOUSE'S MOTION TO STAY
## SUMMARY JUDGMENT RULINGS UNTIL AFTER TRIAL

Defendant, Ken's Steak House, Inc. ("Ken's Steak House"), hereby moves to stay until after trial the Court's February 7, 2005 summary judgment rulings on the counterclaims for trademark cancellation based on fraud on the Patent and Trademark Office and misrepresentation as to source. In support of this motion, Ken's Steak House relies on the accompanying memorandum of law, filed herewith.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred in a good faith effort to resolve or narrow the issues raised in this motion pursuant to Local Rule 7.1(a)(2). No agreement was reached.

Dated:  Boston, Massachusetts
       February 8, 2005

Respectfully submitted,

KEN'S STEAK HOUSE, INC.
By its attorneys,


 /s/ Julia Huston                     
Lee Carl Bromberg (BBO #058480)
Julia Huston (BBO #562160)
John F. Ward (BBO # 646689)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel:  (617) 443-9292
Fax: (617) 443-0004
jhuston@bromsun.com

Michael A. Laurano (BBO #288200)
15 Court Square, #360
Boston, MA 02108
Tel:  (617) 523-4499
Fax: (617) 227-3766

02623/00501  362999.1